Opinion issued September 14, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-05-01089-CV






MARY ALYCE HEGGEN, Appellant


V.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 313th District Court

Harris County, Texas

Trial Court Cause No. 2004-06507J






MEMORANDUM OPINION Appellant Mary Alyce Heggen has failed to timely file a brief. See Tex. R.
App. P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal
was subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.